UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON,<br><br>   Plaintiff,<br><br>  v.<br><br>NAPA STATE HOSPITAL,<br><br>   Defendant. | **ORDER GRANTING SECOND EXTENSION OF TIME TO COMPLETE IFP APPLICATION**<br><br>Case No. 15-cv-04948-HSG (PR) |
| GERROD HERNDON,<br><br>   Plaintiff,<br><br>  v.<br><br>JUDGE SUTRO, et al.,<br><br>   Defendants. | Case No. 15-cv-5230-HSG (PR) |

In October 2015, plaintiff, an inmate at the Sacramento County Jail, filed the above two *pro se* civil rights actions under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California. The Eastern District transferred both actions to this District. The Clerk thereafter notified plaintiff that his applications to proceed in forma pauperis ("IFP") were not complete in that they did not include a certificate of funds completed and signed by a prison official or a trust account statement showing transactions and balances for the last six months. In November 2015, plaintiff filed a new IFP application in each case, but the applications were still missing the required forms. On December 2, 2015, the Court granted plaintiff an extension of

time to January 4, 2016 to file a complete IFP application in each case.

After the Court's December 2, 2015 order was returned as undeliverable in C 15-4948, the Court learned that plaintiff had been moved to a different facility within the Sacramento County Jail. The Court re-sent its December 2, 2015 order to plaintiff at his new address.

In the interest of justice, the Court will grant plaintiff a second extension of time to file the missing certificate of funds and prison trust account statement, to no later than **thirty (30)** days from the date this order is filed. Plaintiff should file a separate complete IFP application for each case. In the alternative, plaintiff may pay the full $400.00 filing fee for each case. The Clerk shall send plaintiff two blank prisoner IFP applications along with a copy of this order.

**Failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

**IT IS SO ORDERED.**

Dated: 1/6/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge