UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON,<br><br>              Plaintiff,<br><br>   v.<br><br>NAPA STATE HOSPITAL,<br><br>              Defendant. | Case No. 15-cv-04948-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/10/2016

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge